JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. FINLEY, et al., | Case No. 2:22-cv-00483-DOC-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ALBERTO M. CARVALHO, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Fourth Amended Complaint (Dkt. 50) and entire action is dismissed with prejudice and without further leave to amend.

DATED: June 24, 2024

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE